AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 27, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JEROME R. KENNEDY <br> *Plaintiff* <br> v. <br> DR. ERIC DANT, MS. STACIA REAGAN, JENNIFER TRUJILLO, MARK ELIASON, DEACONNESS HOSPITAL MEDICAL STAFF AND SURGEONS, REB BABAN, MS. CHIRSTINE, HARIS ALIJAGIC, DARREN CHLIPAIA, DR. CHRIS HELLER, DR. TRENT JOHNSON, JEFFREY H. FORSYTH, C/O SEERS and SGT. COHEN <br> *Defendant* | Civil Action No. 2:25-CV-0122-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**: Pursuant to the Order filed at ECF No 15, the First Amended Complaint, ECF No. 10, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

Date: 8/27/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*
Wendy Kirkham